■ In the Matter of NEW YORK CITY SCHOOL BOARDS ASSOCIATION, INC., et al., Appellants, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK et al., Respondents. In the Matter of MABEL EFFERSON et al., Appellants, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK et al., Respondents. (And Another Title.) —Motion by appellants (1) to validate their two separate notices of appeal, both dated November 19, 1975, from a judgment of the Supreme Court,

Kings County, entered November 25, 1975; (2) for a preference in the hearing of the appeals; and (3) to stay all proceedings by respondents to enforce or implement said judgment pending the appeals. Motion granted as to item (1) (CPLR 5520, subd [c]) and dismissed as to items (2) and (3) as moot (the appeals are decided herewith). Gulotta, P. J., Hopkins, Margett, Christ and Shapiro, JJ., concur.